

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2018

No. 04-18-00063-CV

**THE STATE OF TEXAS**,
Appellant

v.

**WEEKLEY HOMES, LLC**, a Delaware Limited Liability Company f/k/a Weekley Homes,
L.P., a Delaware Limited Partnership et al.,
Appellees

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2017ED0021
Honorable Kelly Cross, Judge Presiding

## O R D E R

The appellant's second motion for extension of time to file brief is hereby GRANTED.
Time is extended to April 10, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 23rd day of March, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court